IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR ADAMS, #225 289, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-687-WKW |
| | ) [WO] |
| WARDEN BUTLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 11, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 32.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's motion for preliminary injunction (Doc. # 7) is DENIED.

It is further ORDERED that this action is REFERRED BACK to the Magistrate Judge for additional proceedings.

DONE this 15th day of March, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE