IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-687-WKW |
| | ) | |
| WARDEN BUTLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is the amended complaint (Doc. # 7) filed by *pro se* Plaintiff Arthur Adams. On May 25, 2023, the Magistrate Judge filed a Recommendation. (Doc. # 51.) The Magistrate Judge recommended dismissal without prejudice. Adams did not object. Based upon an independent review of the record, 28 U.S.C. § 636(b), the court finds that the Recommendation should be adopted. Accordingly, it is ORDERED as follows:

(1) The Recommendation (Doc. # 51) is ADOPTED.

(2) This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 21st day of June, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE